IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

LORENZO SOTELO-CAMACHO,

             **Plaintiff,**

v.                                          1:05-cv-1349-WSD

M. M. MORALES, et. al.,

             **Defendants.**

## OPINION AND ORDER

This matter is before the Court on Plaintiff Lorenzo Sotelo-Camacho's ("Plaintiff") Motion to Compel First and Third Set of Interrogatories [44].

Plaintiff has served three sets of interrogatories in this case. He filed a certificate of service for his First and Second sets of interrogatories on October 13, 2006. Plaintiff filed a certificate of service for his third set of interrogatories on December 18, 2006.

On April 2, 2007, Plaintiff filed a motion to compel responses to the first and third sets of interrogatories. Plaintiff states that Defendants have answered his second set of interrogatories, but have refused to answer the first and third sets. Plaintiff alleges that he has attempted to meet and confer with Defendants on this

issue, but the attempts were unsuccessful.  Defendants have not responded to this motion to compel.

"[I]f a party fails to answer an interrogatory submitted under Rule 33 . . . the discovering party may move for an order compelling an answer. . . ." Fed. R. Civ. P. 38(a)(2)(B).  "The motion must include a certification that the movant has in good faith conferred or attempted to confer . . . in an effort to secure the information or material without court action." Id.  Under the local rules of this district, a "[f]ailure to file a response shall indicate that there is no opposition to the motion." Local Rule 7.1B.

Plaintiff alleges that he submitted interrogatories which the Defendants failed to answer.  He certifies that he attempted to meet and confer to solve the discovery dispute without Court action.  Defendants have not filed a response, and thus do not oppose the motion.

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff Lorenzo Sotelo-Camacho's Motion to Compel First and Third Sets of Interrogatories [44] is **GRANTED**. Defendants shall serve answers to Plaintiff's First and Third Sets of Interrogatories within fourteen (14) days of the date of this Order.

**SO ORDERED** this 23rd day of July, 2007.

_____
WILLIAM S. DUFFEY, JR.
UNITED STATES DISTRICT JUDGE